IT IS THEREFORE ORDERED that **Respondent is suspended *pendente lite* from the practice of law in this State, effective immediately.** Respondent is ordered to fulfill the duties of a suspended attorney under Admission and Discipline Rule 23(26). The suspension shall continue until further order of this Court or final resolution of any resulting disciplinary action.

The Clerk of this Court is directed to send notice of this Order by certified or registered mail to the Respondent or Respondent's attorney, to the Indiana Supreme Court Disciplinary Commission, to all other entities entitled to notice under Admission and Discipline Rule 23(3)(d). and to Thomson West for publication in the bound volumes of this Court's decisions.

All Justices concur.

July 15.2008, Respondent tiled an application for termination of probation and affidavit of compliance. The Indiana Supreme Court Disciplinary Commission has filed no objection.

Being duly advised, the Court GRANTS the application and ORDERS that Respondent be released from disciplinary probation and unconditionally reinstated to the practice of law in this State effective immediately.

The Clerk of this Court is directed to forward notice of this Order to Respondent or Respondent's attorney, to the Indiana Supreme Court Disciplinary Commission, to all other entities entitled to notice of actions related to suspensions under Admission and Discipline Rule 23(3)(d), and to Thomson/West for publication in the hound volumes of this Court's decisions.

All Justices concur.

---

### In the Matter of Mark B. SMALL, Respondent.

No. 49S00–0405–DI–221.

Supreme Court of Indiana.

Sept. 4, 2008.

*PUBLISHED ORDER GRANTING RELEASE FROM DISCIPLINARY PROBATION*

On November 23, 2004, this Court suspended Respondent From the practice of law for a period of six months, all of which was stayed provided that Respondent comply with certain terms and conditions of probation for a period of two years. On

---

### In the Matter of Phillip A. RENZ, Respondent.

No. 02S00–0608–DI–315.

Supreme Court of Indiana.

Sept. 4, 2008.

*PUBLISHED ORDER GRANTING RELEASE FROM DISCIPLINARY PROBATION*

On November 15, 2006, this Court suspended Respondent from the practice of law for a period of 30 days, which was stayed provided that Respondent complied with certain terms and conditions of probation for a period of one year. On August